# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: **20 CV 1043**

DATE FILED: FEB 0 6 2020

SIGNED BY: JUDGE McMAHON

DATE SIGNED: FEB 0 6 2020

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS

FILED U.S. DISTRICT COURT 2020 FEB -6 AM 9:0[?] S.D. OF N.Y.