JUDGE TORRES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
D___  2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

VOLKSWAGEN OF AMERICA, INC.,          :

          Plaintiff,          :

   -against-          :

GPB CAPITAL HOLDINGS, LLC,          :

          Defendant.          :

                   :

------------------------------------------------------X

CIVIL ACTION NO.

20 CV _____  **20 CV 1043**

### [PROPOSED] ORDER GRANTING PLAINTIFF
### VOLKSWAGEN OF AMERICA, INC.'S MOTION TO SEAL

Having considered Plaintiff Volkswagen of America, Inc.'s Motion to Seal and the

applicable law and facts stated in the motion, the Court hereby GRANTS the motion.

Thus, the Clerk of the Court is hereby ORDERED to SEAL *temporarily* the following documents:

- Complaint & Exhibits 1 – 6;

- Memorandum of Law in Support of the Motion to Seal;

- Declaration of Matthew D. Feil in Support of the Motion to Seal & Exhibit A.

*The order of Sealing will expire at 5pm on Wednesday February 12, 2020, unless the judge to whom this case is ultimately assigned desires to extend it*

Dated: 6 February, 2020.

_____
United States District Judge