UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VOLKSWAGEN OF AMERICA, INC.,

                Plaintiff,

-against-

GPB CAPITAL HOLDINGS, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/10/2020__

20 Civ. 1043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff brings this action against GPB Capital Holdings, LLC, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. Compl. ¶ 3. If Defendant is a limited liability company, as its name implies and the complaint alleges, *id.* ¶ 2, then the complaint must allege the citizenship of natural persons who are members of each limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of each limited liability company. By **February 24, 2020**, Plaintiff shall amend its pleading to allege the citizenship of each constituent person or entity of the LLC. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If Plaintiff fails to amend the complaint by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLC, then the complaint will be dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated: February 10, 2020
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge