UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                       Plaintiff,

      -against-

GPB CAPITAL HOLDINGS, LLC,

                       Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2020

20-CV-1043 (AT)(SN)

**DISCOVERY
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On August 6, 2020, the Hon. Analisa Torres referred this matter to me to resolve two specific non-dispositive discovery disputes, ECF Nos. 44 and 46. See ECF No. 47. A conference to discuss the issues raised by Plaintiff's letter motions filed August 5, 2020, and August 6, 2020, is scheduled for Thursday, August 13, 2020, at 2:00 p.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 6, 2020
                New York, New York