USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**VOLKSWAGEN GROUP OF AMERICA, INC.,**

                       **Plaintiff,**                            **20-CV-1043 (AT)(SN)**

            -against-                                   **ORDER**

**GPB CAPITAL HOLDINGS, LLC,**

                       **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       For reasons discussed on the record at today's discovery conference, the Court enters the following deadlines: By August 17, 2020, Defendant shall produce a catalogue of the contents of the "zip file" referred to by Plaintiff's Request for Production 29. By August 24, 2020, Defendant is to substantially complete document discovery, including by producing all relevant documents related to non-parties David Rosenberg and Jeffrey Lash and providing a log for any documents withheld on the basis of asserted privilege. The Court denies without prejudice Plaintiff's requests for documents related to Highline Management, lending agreements not concerning the Plaintiff or agreements with other manufacturers. By August 28, 2020, following a meet and confer, the parties are to file a joint letter identifying any outstanding discovery disputes and providing the Court with a confirmed date for mediation. The Court will set a new close of fact discovery following the mediation.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 44, 46, and 49.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: August 13, 2020
New York, New York