```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                              Plaintiff,                       20-CV-1043 (AT)(SN)

           -against-                           **DISCOVERY
                                                                   CONFERENCE ORDER**

GPB CAPITAL HOLDINGS, LLC,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss the issues raised by Defendants' letter motion filed September 16, 2020, including the issues raised in the parties' August 20, 2020 Letter, is scheduled for Friday, October 02, 2020, at 2:00 p.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

                                                                               _____
                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:     September 24, 2020
                   New York, New York