```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/24/2020  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VOLKSWAGEN GROUP OF AMERICA, INC.,

               Plaintiff,

-against-

GPB CAPITAL HOLDINGS, LLC,

               Defendant.

20 Civ. 1043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       In light of the outstanding motion to dismiss this action, ECF No. 33, the case management conference scheduled for October 8, 2020 is ADJOURNED *sine die*. If necessary, the Court will set a new case management conference upon resolution of the motion to dismiss. The parties are reminded to consult the Court's Individual Practices in Civil Cases with respect to the requirement of pre-motion letters in advance of a motion for summary judgment.

       SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge