```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                                           **Plaintiff,**

         -against-

GPB CAPITAL HOLDINGS, LLC,

                                           **Defendant.**

-----------------------------------------------------------------X

20-CV-1043 (AT)(SN)

**DISCOVERY
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       A conference to discuss the issues raised by the parties' letter motion filed November 9, 2020, is scheduled for Tuesday, November 17, 2020, at 3:00 p.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #. Any issues raised by the parties' joint status letter, which is to be filed by November 13, 2020, shall also be discussed.

       The Clerk of Court is respectfully requested to terminate the motions at ECF No. 56 and ECF No. 63.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 10, 2020
               New York, New York