UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                         Plaintiff,                                  20-CV-1043 (AT)(SN)

            -against-                                          **ORDER**

GPB CAPITAL HOLDINGS, LLC,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 15, 2020, the Court heard argument on the issues raised by the parties in a letter submitted via email to the Court on December 14, 2020. Following the Court's review of the documents at issue and the parties' arguments, the Court makes the following findings.

       The documents contained in Exhibit 2 are business records and not privileged. Accordingly, Defendants must produce those documents in full.

       The parties resolved their dispute as to Exhibit 3.

       The documents contained in Exhibits 4, 5 and 6 consist of substantially attorney-client communications and any portions not including attorney-client communications cannot be reasonably parsed. Accordingly, these documents may be withheld in full.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      December 15, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2020