```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                               Plaintiff,

                    -against-

GPB CAPITAL HOLDINGS, LLC,

                               Defendant.

-----------------------------------------------------------------X

20-CV-1043 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      By letter on April 15, 2021, the parties indicated their willingness to participate in a settlement conference with the Court and various other related non-parties. Accordingly, as soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

      All discovery deadlines will continue to be stayed for an additional 60 days, in anticipation of the parties' scheduling a settlement conference within that time.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     April 16, 2021
               New York, New York