UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                      **Plaintiff**,

      -against-

GPB CAPITAL HOLDINGS, LLC,

                      **Defendant.**
-------------------------------------------------------------X

20-CV-01043 (AT)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2021

**SARAH NETBURN, United States Magistrate Judge**:

      The settlement conference currently scheduled for Friday, June 25, 2021, is RESCHEDULED for Wednesday, June 23, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, June 16, 2021.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
DATED:    May 20, 2021                    United States Magistrate Judge
              New York, New York