UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VOLKSWAGEN GROUP OF AMERICA, INC.,

                    **Plaintiff,**                  20-CV-1043 (AT)(SN)

        -against-                            **ORDER**

GPB CAPITAL HOLDINGS, LLC,

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference to discuss the issue raised in Plaintiff's July 16, 2021 letter is scheduled for Wednesday, July 21, 2021, at 2:00 p.m. At that time, the parties shall call the Court's teleconferencing line at (877) 402-9757 and enter access code 7938632, followed by the pound (#) sign.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    July 16, 2021
                New York, New York